# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-2225
Lower Tribunal No. F91-1275

————————

**Samuel N. White,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Samuel N. White, in proper person.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.